# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Stacey Walter Cooley, Debtor                                   Case No. 23-51396-JAW
                                                                                                    CHAPTER 13

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

Please take notice that the new payment mailing address for the below US Department of Education/Mohela is:

**Current Payment Address:**        P.O. Box 790233
                                                        St Louis, MO 63179

**New Payment Address:**              P.O. Box 790453
                                                        St Louis, MO 63179-0453

Date:  November 25, 2025

                                                                        /s/ Thomas C. Rollins, Jr.
                                                                        Attorney for Debtor

### Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

                                                                        /s/ Thomas C. Rollins, Jr.
                                                                        Attorney for Debtor

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533